UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC.,<br><br>Defendant. | No.: 6:21-cv-01011-ADA |

## ORDER GRANTING DEFENDANT SUPER MICRO COMPUTER'S MOTION TO DISMISS FOR IMPROPER VENUE

Defendant Super Micro Computer, Inc. ("Super Micro") filed a Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer Venue to the Northern District of California. Having considered the arguments of counsel and all points and authorities filed in support of, and in opposition, the Court finds that venue is not proper in the Western District of Texas. The Court hereby **GRANTS** the Motion and **ORDERS** the case dismissed.


DATED: _____, 2022          _____
                                      HONORABLE ALAN D. ALBRIGHT
                                      THE UNITED STATES DISTRICT COURT