IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SUPER MICRO COMPUTER, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 6:21-cv-01011<br><br>**Jury Trial Demanded** |

## AGREED NOTICE EXTENDING DEADLINES IN VIEW OF AGREEMENT IN PRINCIPLE TO SETTLE

Plaintiff, pursuant to the Court's *Standing Order Regarding Joint or Unopposed Requests to Change Deadlines*, notifies the Court that Plaintiff and Defendant have reached an agreement in principle to resolve all matters in controversy in the above-captioned case. Therefore, the parties have agreed to a 30-day extension of the deadline for all deadlines, including Plaintiff's opposition to Defendant's motion to dismiss or transfer (currently due Monday, January 3, 2022), to allow the parties to finalize their agreement and file appropriate dismissal papers without incurring additional expenses or consuming the Court's resources. This request does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

WHEREFORE, the parties advise and notify the Court that the time in which Plaintiff must file its response to Defendant's motion to dismiss or transfer is extended from January 3, 2022, to February 2, 2022.

This 28th day of December, 2021.

/s/ *Cortney S. Alexander*
Cortney S. Alexander
GA Bar No. 142690
  cortneyalexander@kentrisley.com
  Tel: (404) 855-3867
  Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff